## TAYLOR v. CAROLINA REST. GRP., INC.

[360 N.C. 173 (2005)]

REBECCA S. TAYLOR, Employee v. CAROLINA RESTAURANT GROUP, INC., Employer, THE HARTFORD, Carrier

No. 377A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 613 S.E.2d 510 (2005), affirming an Opinion and Award of the North Carolina Industrial Commission entered 2 April 2004. Heard in the Supreme Court 12 December 2005.

*Poisson, Poisson & Bower, PLLC, by E. Stewart Poisson and Fred D. Poisson, Jr., for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by Jaye E. Bingham and Erin F. Taylor, for defendant-appellants.*

PER CURIAM.

AFFIRMED.